Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
FILED

JAN 2 3 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | G 19 - 02 |
| V. | § § | CRIMINAL NO.: |
| | § § | FILED UNDER SEAL |
| WARREN C. CLARK, | § § | |
| Defendant. | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT**:

### COUNT 1

**Attempting to Provide Material Support to a Designated Foreign Terrorist Organization**
**(Title 18, United States Code, Section 2339B)**

Beginning in or about 2011 and thereafter, up to and including on or about October 2015, within the Southern District of Texas, and elsewhere, the defendant,

**WARREN C. CLARK,**

a citizen of the United States, did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), to wit personnel, specifically himself, to a foreign terrorist organization, namely, the Islamic State of Iraq and al-Sham (ISIS), which at all relevant times was designated by the Secretary of State as a foreign terrorist

1

organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated foreign terrorist organization and knowing that the organization had engaged in and engages in terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B(a)(1) and Title 18, United States Code, Section 2.

**A TRUE BILL**

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

**RYAN K. PATRICK**
**United States Attorney**
**Southern District of Texas**

By: _____
Craig M. Feazel
Assistant United States Attorney

By: _____
S. Mark McIntyre
Assistant United States Attorney

By: _____
Michael J. Dittoe
Trial Attorney, U.S. Department of Justice