USA-74-24B
(Rev. 05/01)

HOUSTON DIVISION

USAO Number: 2015R29349
Magistrate Number:

CRIMINAL INDICTMENT    Filed 1/23/2019

**Sealed**
Public and unofficial staff of the
to this instrument are United States Courts
prohibited by court order Southern District of Texas
FILED

JAN 23 2019

David J. Bradley, Clerk of Court

CRIMINAL DOCKET

No. G 19 - 02

Judge: Hanks

UNITED STATES of AMERICA
VS.

WARREN C. CLARK

ATTORNEYS:

| | |
|---|---|
| RYAN K. PATRICK, USA | (713) 567-9000 |
| CRAIG M. FEAZEL, AUSA | (713) 567-9000 |

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Attempting to Provide Material Support to a Designated Foreign Terrorist Organization [18 USC § 2339B]

PENALTY: Ct. 1: Maximum penalty of 20 years imprisonment, a fine of not more than $250,000, 5 years SRT, $100 Special Assessment

☐ In Jail
☐ On Bond
☑ No Arrest  BENCH WARRANT

NAME & ADDRESS
of Surety:

PROCEEDINGS: