**Sealed**

Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**G 19 -02**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| v. | § |
| | § |
| WARREN C. CLARK | § |
| | § |

CRIMINAL NO:

**FILED UNDER SEAL**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A     <u>CRIMINAL INDICTMENT</u>     has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions. The

United States Government recommends to the Court the following:

<u>Defendant</u>

WARREN C. CLARK

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
   AMOUNT OF: $

SIGNED at Houston, Texas, on    <u>January 23</u>, 20 <u>19</u>.

_____
UNITED STATES MAGISTRATE JUDGE