United States District Court
Southern District of Texas
**ENTERED**
March 06, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 19-CR-02** |
| | § | |
| **WARREN C. CLARK.** | § | |

**PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF**
**SENSITIVE INFORMATION**

This matter is before the Court on the motion of the United States seeking a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1). The Court, having considered the Motion, the facts and applicable law, and being otherwise sufficiently advised, is of the opinion that the Motion is GRANTED.

THE COURT FINDS that the government has demonstrated "good cause," pursuant to Federal Rule of Criminal Procedure 16(d)(1), for the Court to enter this Protective Order.

THE COURT FINDS that the information contained in the government's discovery is sensitive and restricting its release and dissemination will not likely prejudice the defendant.

THEREFORE, IT IS ORDERED that the defendant and his attorney (and counsel's support personnel and defense experts) in this case may not release or disseminate any of the sensitive information contained in the government's discovery to any person including in any publicly filed pleading.

IT IS FURTHER ORDERED that the defendant must provide the government with fourteen (14) days written notice prior to the disclosure of any materials containing sensitive information to anyone other than defendant and his counsel (and counsel's support personnel and defense experts). Such notice shall include the materials to be disclosed, the person to whom the materials will be disclosed and the purpose of such disclosure.

IT IS FURTHER ORDERED that defense counsel shall store the unclassified discovery in a secure location in their offices and shall return such material to the government at the conclusion of this case, to include any appeal that may result.

SO ORDERED this 5th day of March 2019.

_____
HONORABLE GEORGE C. HANKS
United States District Judge