United States District Court
Southern District of Texas
**ENTERED**
March 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:19-CR-2 |
| | § | |
| WARREN C CLARK | § | |

## Scheduling Order

This Court, having previously found that this case is complex under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)(B) & B (ii), set a status conference with respect to discovery and matters arising under the Classified Information Procedures Act (CIPA), 18 U.S.C. App. III, for March 21, 2019. At that hearing, the parties set out their respective positions that, due to the complexity of this matter, more time was required to conduct discovery, to prepare pre-trial motions, and to prepare for trial.

After consideration,

It is hereby ORDERED that a status conference is set for **MAY 23, 2019, at 10:00 a.m.** in Galveston, Texas in order to gage the progress of the parties in the discovery process.

It is further ORDERED that the government shall file, *ex parte* and *in camera*, any motion it deems necessary under the provisions of CIPA Section 4 by **JUNE 27, 2019**.

It is further ORDERED that, in order to assist the Court in ruling on the government's CIPA Section 4 motion, the defense shall file, *ex parte* and *in camera*, its theory of defense by **JUNE 27, 2019**.

The Court finds that the continuance of the trial date in this case, to allow for the filing of motions and additional time to prepare this complex case for trial, satisfies the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In addition, the Court finds that the period for the filing of the aforementioned pleadings is excludable time under 18 U.S.C. § 3161(h)(1) of the Speedy Trial Act. After the Court receives the aforementioned submissions, the Court will set another status conference to establish a motions deadline and to set a trial date.

SIGNED at Galveston, Texas, this 27th day of March, 2019.

_____
George C. Hanks Jr.
United States District Judge