UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 3:19-CR-00002** |
| | § | |
| WARREN C. CLARK | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE GEORGE C. HANKS, JR.:

COMES NOW, Warren C. Clark, who respectfully requests this Honorable Court to enter an order continuing this cause and in support thereof would show as follows:

1. The United States Government is unopposed to this motion.
2. The case is currently scheduled for Status Conference on August 17, 2021 at 10:00 a.m.
3. The Defendant has filed a waiver for a speedy trail.
4. Defendant's attorneys need more time to review the copious amounts of discovery in this case and discuss their findings with the Defendant.
5. This motion is not made for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Honorable Court grant this motion and reset the status conference.

Respectfully submitted,

**PAUL DOYLE & ASSOCIATES, P.C.**

By: */s/ Paul Doyle*
Paul Doyle
State Bar No. 24011387
Trevor Sharon
State Bar No. 24086579
440 Louisiana Suite 2300
Houston, Texas 77002
Phone (713) 228-9200
Fax     (713) 228-9203
paul@pauldoylelaw.com
trevor@pauldoylelaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16 day of August, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Paul Doyle*
Paul Doyle
Attorney for Warren C. Clark

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on the 16 day of August, 2021, counsel spoke to the Assistant United States Attorney assigned to this case and he stated that he was unopposed to this motion.

*/s/ Paul Doyle*
Paul Doyle
Attorney for Warren C. Clark