United States District Court
Southern District of Texas
**ENTERED**
May 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:19-CR-00002 |
| | § | |
| WARREN C. CLARK | § | |
| | § | |
| Defendant. | § | |

## ORDER ON AGREED MOTION TO MODIFY SCHEDULING ORDER

Upon presentation of Defendant's Agreed Motion to Modify Scheduling Order, the Court is of the opinion that same should be:

　　__X__ GRANTED. The Defense is ordered to file any notice, pursuant to CIPA Section 5, of an intent to disclose any classified information that has already produced in classified as of the date of this order by: June 3, 2022.

　　_____ DENIED.

**SIGNED** on this the __19th__ day of __May__, 2022, at Houston, Texas.

_____
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**