United States Courts
Southern District of Texas
FILED
*October 03, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL No. 3:19-CR-00002 |
| WARREN C. CLARK<br>Defendant. | | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT ONE

**Receiving Military Type Training from a Designated Foreign Terrorist Organization**
**(Title 18, United States Code, §2339D)**

Beginning in or about June 2015, and continuing thereafter, the exact date being unknown to the United States Attorney, until or about September 2015, the exact date being unknown to the United States Attorney, the defendant

**WARREN C. CLARK,**

a national of the United States, whose last known place of residence was in the Southern District of Texas and who was first brought to the Southern District of Texas, in Syria and elsewhere out of the jurisdiction of any particular state or district, did knowingly receive military type training from and on behalf of the

1

Islamic State of Iraq and al-Sham (ISIS), to wit, training in the use of firearms and other military measures, ISIS being at all relevant times designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, and the defendant knowing that ISIS was a designated foreign terrorist organization and knowing that the organization has engaged in and engages in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339D and 3238.

                                              Alamdar Hamdani
                                              United States Attorney
                                              Southern District of Texas

By:        <u>*/s/* S. Mark McIntyre</u>
               S. Mark McIntyre
               Craig M. Feazel
               Assistant U.S. Attorneys