AO 455 (Rev. 1/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern DISTRICT OF Texas

United States of America
v.

WARREN C. CLARK

Case No: 3:19cr00002(s)

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/10/2023

_Defendant's signature_

_Signature of defendant's attorney_

_Printed name of defendant's attorney_

_Judge's signature_

George C. Hanks, Jr. USDJ
_Judge's printed name and title_